AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\****          DISTRICT OF    NEVADA

GERALDINE A. TRICE,

       Plaintiff,              JUDGMENT IN A CIVIL CASE

  v.

                                    CASE NUMBER:  **2:16-cv-01348-MMD-NJK**

JAMIE DAMION, et al.,

       Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (ECF Nos. 5, 6, 13, 14, 17, 29) and joinders (ECF Nos. 19, 30) are granted. The Complaint is dismissed.


January 17, 2017                                  **DEBRA K. KEMPI**
                                                      Clerk

                                                       /s/ K. Rusin
                                                      Deputy Clerk